Augest 2, 2015

Texas Court of Criminal Appeals
201 W 14th rm 106
P.O. Box 12308
Austin, Texas 78711

RE:  Request for Mandamus

Dear clerk,

    enclosed herein is one (1) original request for mandamus

concerning Trial cause 1089999-A. Please file with the court

 and place on the court's docket.  Thank you for your assistance

in this matter.

                                    Sincerely
                                    x
                                    Matthew Blackburn#1418781
                                    Coffield unit
                                    2661 fm 2054
                                    Tennessee Colony, Texas 75384
                                    CC:File

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 12 2015

Abel Acosta, Clerk

IN PERSONAM

MATTHEW BLACKBURN
   RELATOR       §   TRIAL CAUSE 1089999-A

V

BRIAN RAINS
176th DISTRICT JUDGE
HARRIS COUNTY TEXAS

## REQUEST FOR WRIT OF MANDAMUS

Comes now Matthew Blackburn Relator in the above styled cause to request this court to issue a writ of mandamus directed at Brian Rains in his capacity as district judge in the 176th district court of Harris county Texas (Tx,govt.code 24.001).

(          **JURISDICTION**

This court has jurisdiction pursuant to Tx.Govt.Code 22.221

### SUBJECT MATTER

The relator has filed an CCP 11.07 application for a writ of habeas corpus, the subject matter of this request. The trial court received and filed such on February 23,2015.

### GROUNDS

On March 11,2015 the state filed an answer finding contraverted issues that needed to be resolved. Their answer included a proposed order for defense counsel Glenn Youngblood to address the applicant's allegations. Judge Brian Rains has by tacit assent declined to perform his ministrial duty to execute an order for counsel to answer.

## MINISTERIAL DUTY

The Tx.Code.Crim.Proc 11.07 (3)(d) states in part, "The convicting court shall order" a party to answer. A judge has a reasonable time to act before mandamus will issue to compel the judge to perform a ministerial duty. See In RE Alport 276 SW3d pg 592 (Tex.app [1st] Dist 2008). Withing35 days a court must either enter an order or transmit the 11.07 to the court of criminal appeals. In re Escareno (Tex.Cr.app 2009) 297 sw3d p288.

## CONCLUSION

District judge Brian Rains has declined his duty by the passing of four (4) months without taking action on the applicant's 11.07 as required by law. No adequate remedy exsists for the relator, yet he has an interest in this matter, being illegally restrained.

## PRAYER

Matthew Blackburn prays this court grant him relief and issue a writ of mandamus, compelling Judge Brian rains to issue any order necessary or required by law, granting relief to the relator in said cause.

X _____

## UNSWORN DECLARATION

I, Matthew Blackburn do certify under penalty of perjury that the above and foregoing is true and correct. This pursuant to Te.Civil.Practice&Remedies 132.001.

X _(signature)_

## CERTIFICATE OF SERVICE

I Matthew Blackburn do certify that a copy of the foregoing was mailed first class postage prepaid to the following parties.: Chris Daniel Harris county district clerk P.O. Box 4651, Houston, Texas 77210.

X _(signature)_